# UNITED STATES BANKRUPTCY COURT

IN RE:

NICOLAS ROMOLINI

CHAPTER: 13

Debtor(s) | CASE NO.

## CERTIFICATION OF NO PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, _Nicolas Romolini_, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Pension and/or Retirement and/or Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 7/23/25

_Nicolas Romolini (Jul 23, 2025 11:07:00 EDT)_
Debtor

# Certification of No Payment Advices

Final Audit Report                                                                 2025-07-23

| | |
|---|---|
| Created: | 2025-07-16 |
| By: | Melodye Signil (signilmel.notary@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_XrQEwbfLynsvZrK4bpO4I3hpQ8pDsIG |

## "Certification of No Payment Advices" History

- Document created by Melodye Signil (signilmel.notary@gmail.com)
  2025-07-16 - 6:43:44 PM GMT- IP address: 47.219.5.125

- Document emailed to Nicolas Romolini (romolini@gmail.com) for signature
  2025-07-16 - 6:44:08 PM GMT

- Email viewed by Nicolas Romolini (romolini@gmail.com)
  2025-07-16 - 6:48:36 PM GMT- IP address: 74.125.210.128

- Document e-signed by Nicolas Romolini (romolini@gmail.com)
  Signature Date: 2025-07-23 - 3:07:00 PM GMT - Time Source: server- IP address: 73.13.203.147

- Agreement completed.
  2025-07-23 - 3:07:00 PM GMT

**Adobe Acrobat Sign**