UNITED STATES BANKRUPTCY COURT

| In Re: NICHOLAS ALBERT ROMOLINI | Chapter 13 |
|---|---|
| | Bankruptcy No. 25-12937 |

### PRAECIPE

TO THE CLERK:

Please withdraw the Continued 341 meeting filed on 10/2/2025, docket number 13 in the above referenced case.

                                                       Respectfully Submitted

Date: October 02, 2025                            /s/  *Kenneth E. West*
                                                                ,Kenneth E. West Esq.
                                                                Standing Chapter 13 Trustee