**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Nicolas Albert Romolini, <br><br> *Debtor*. | Chapter 13 <br> Case No. 25-12937-AMC |

**Certificate of Service**

I, Michael A. Cibik, certify that on December 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 19, 2025

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**U.S. Bank Trust Company**
c/o Velocity Commercial Capital
2945 Townsgate Road, Suite #110
Westlake Village, CA 91361
Method of Service: CM/ECF

**Asian Bank**
111 N 9th Street
Philadelphia, PA 19107
Method of Service: CM/ECF

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail