United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 25-12937-amc

Nicolas Albert Romolini                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                         Page 1 of 4

Date Rcvd: Mar 04, 2026                                 Form ID: 155                                   Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nicolas Albert Romolini, 115 E Mount Airy Ave, Philadelphia, PA 19119-1715 |
| 15031950 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15031954 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15031960 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15031933 | | Email/Text: bncnotifications@pheaa.org | Mar 05 2026 00:16:00 | Aes/ecmc, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15031934 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 05 2026 00:17:36 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15031935 | | Email/Text: bncnotifications@pheaa.org | Mar 05 2026 00:16:00 | American Education Services, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15031936 | | Email/PDF: bncnotices@becket-lee.com | Mar 05 2026 00:17:39 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15031937 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 05 2026 00:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15031941 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15080969 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15031938 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2026 00:17:31 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15033354 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 00:17:31 | Capital One Auto Finance, AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N. Santa Fe Ave. Dept.APS, Oklahoma City OK 73118-7901 |
| 15031939 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 00:17:35 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15033421 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 00:17:31 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 |

Case 25-12937-amc    Doc 27    Filed 03/06/26    Entered 03/07/26 00:40:01    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 04, 2026 | Form ID: 155 | Total Noticed: 43 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15033109 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 00:17:34 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046868 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 00:17:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15031940 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2026 00:30:44 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15056676 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2026 00:17:40 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15031942 | | Email/Text: bankruptcy@philapark.org | Mar 05 2026 00:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15031943 | + | Email/Text: collections@ftlfinance.com | Mar 05 2026 00:17:00 | FTL Finance, Attn: Bankruptcy, 820 S Main St, Ste 300, St Charles, MO 63301-3306 |
| 15031945 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2026 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15038001 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 05 2026 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15031946 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2026 00:17:31 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15065402 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 00:17:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15031947 | + | Email/Text: Documentfiling@lciinc.com | Mar 05 2026 00:16:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15031948 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 05 2026 00:17:31 | Mohela/navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15031949 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 05 2026 00:17:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15031953 | ^ | MEBN | Mar 05 2026 00:09:24 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15054559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2026 00:17:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15031951 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15031952 | ^ | MEBN | Mar 05 2026 00:09:16 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15031955 | | Email/Text: bankruptcy@philapark.org | Mar 05 2026 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15056674 | + | Email/Text: newbk@Regions.com | Mar 05 2026 00:17:00 | REGIONS BANK, PO BOX 1860, MEMPHIS TN 38101-1860 |
| 15031956 | + | Email/Text: shawn.temple@regions.com | Mar 05 2026 00:17:00 | Regions Mortgage, Attn: Bankruptcy, PO Box 110, Hattiesburg, MS 39403-0110 |
| 15031957 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 05 2026 00:17:34 | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Pky, Ste 300, Salt Lake City, UT 84121-7285 |
| 15035506 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 00:17:36 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 25-12937-amc    Doc 27    Filed 03/06/26    Entered 03/07/26 00:40:01    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: 155 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15031958 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 05 2026 00:17:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15031959 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 05 2026 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15031961 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 05 2026 00:17:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15031962 | | Email/Text: vci.bkcy@vwcredit.com | Mar 05 2026 00:17:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 15031963 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Mar 05 2026 00:17:34 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15053628 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 05 2026 00:17:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15038004 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15038005 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15054560 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15031944 | ## | Innovate Loan Servicing, Attn: Bankruptcy, 4704 Mercantile Dr, Fort Worth, TX 76137-3605 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Nicolas Albert Romolini help@cibiklaw.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 04, 2026 | Form ID: 155 | Total Noticed: 43

| | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Nicolas Albert Romolini  )  Case No. 25−12937−amc
 )
 )
   Debtor(s).  )  Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 3, 2026                                   For The Court

                                                                       Ashely M. Chan
                                                                      Chief Judge, United States Bankruptcy Court